**Order entered August 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00859-CV

## NAUTIC MANAGEMENT VI, L.P., Appellant

### V.

## CORNERSTONE HEALTHCARE GROUP HOLDINGS, INC., Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-04339**

## ORDER

The Court has before it appellant's August 20, 2013 unopposed motion for extension of time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellant on August 22, 2013 be timely filed as of today's date.

/s/     ELIZABETH LANG-MIERS
         JUSTICE